IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIV 09-86-FHS |
| | ) | |
| 1) DERRICK LEE NEAL; | ) | |
| 2) KATHY LADORIS NEAL; | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Now on this 20th day of April, 2009, there comes on for hearing motion by the plaintiff to dismiss this action. The court being advised in the premises finds that said action should be dismissed.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the above-captioned action should be and is hereby dismissed with prejudice.

Frank H. Seay
United States District Judge